

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA J. LAX
Senior Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

June 20, 2015

BY ECF
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

        Re:  Haytham Shaaban v. City of New York, et. al., 14 Civ. 9741 (GBD)

Your Honor:

    I am a Senior Counsel at the New York City Law Department and represent defendant City of New York in the above referenced matter.  I write with the consent of plaintiff's counsel, Gabriel Harvis, Esq., to respectfully request an adjournment of the initial conference scheduled for June 23, 2015 at 9:30 a.m. to a date and time convenient for the Court after July 20, 2015.  The basis for this request is that defense counsel is commencing a trial in the Eastern District of New York on the afternoon of June 22, 2015 before the Honorable Sterling Johnson, Jr.  As a result, defense counsel will be unavailable on June 23, 2015.  In addition, after the parties conferred amongst themselves, they contacted the assigned mediator in this matter and have scheduled a mediation session for July 20, 2015.  As noted in previous submissions, the parties have exchanged disclosures.  Further, all named defendants have appeared.  For these reasons, defendants request an adjournment of the June 23, 2015 initial conference.  Defendants thank the Court for its consideration of this matter.

                                            Respectfully submitted,

                                            /s/

                                            Joshua J. Lax
                                            Senior Counsel

CC:    BY ECF
         Gabriel Harvis, Esq.
         Baree N. Fett, Esq.